Opinion issued April 27, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00156-CV

———————————

IN RE Jerry Fallin and River Texas Consolidated, LLC, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus 



 



 

MEMORANDUM OPINION

          By
petition for writ of mandamus, relators, Jerry Fallin and River Texas
Consolidated, LLC, challenge the trial court’s order reinstating the underlying
case after its dismissal for want of prosecution.[1]

We deny relators’ petition
for writ of mandamus.  All outstanding
motions are dismissed as moot.  

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

 











[1]
          The underlying case is Texas Farmers Insurance Co. v. Jerry Fallin
et al., No. 1998-25865 in the 127th District Court of Harris County, the
Honorable R.K. Sandil presiding.